

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

TM

*271 Cadman Plaza East*
*Brooklyn, New York  11201*

April 27, 2010

**Via ECF & Hand Delivery**

Hon. I. Leo Glasser
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:  United States v. John Gotti, et al.
         Criminal Docket No. 90-01051 (ILG)

Dear Judge Glasser:

    The government respectfully submits this letter in response to the defendant Frank Locascio's motion to unseal certain portions of the transcript in the above-captioned case. By motion dated March 30, 2010, the defendant requested that the Court unseal the minutes of the proceedings in the above-captioned case of February 3-7, 1992. The government has reviewed the pertinent minutes of the proceedings and has no objection to the defendant's motion.

         Respectfully submitted,

         BENTON J. CAMPBELL
         United States Attorney

By: _____
    Taryn A. Merkl
    Assistant U.S. Attorney
    (718) 254-6064

cc:  Ernest Nargi, Esq.